# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| JOHNNIE DAUGHERTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 3:15-CV-00159-PLR-CCS |
| ) | |
| GREAT DANE TRAILERS, LLC and CRA ) | |
| TRAILERS TENNESSEE, INC. and GREAT ) | |
| DANE TRAILERS, TENNESSEE, INC., and ) | |
| GREAT DANE LIMITED PARTNERSHIP, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

The parties hereby appear, by and through counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate that the above-referenced lawsuit and any and all claims that are included or could be included against all Defendants are dismissed with full and final prejudice to the refiling of same. All parties shall bear their own costs and attorney's fees.

RESPECTFULLY submitted this 9th day of March, 2016.

        JOHNNIE DAUGHERTY

   By: /s/Ameesh A. Kherani, BPR #030218 w/permission
     AMEESH A. KHERANI, BPR #030218
     Attorney for Plaintiff
     DAVID H. DUNAWAY & ASSOCIATES
     100 S. Fifth Street
     P. O. Box 280
     LaFollette, Tennessee 37766
     (423) 562-7085

     *ATTORNEY FOR PLAINTIFF*

GREAT DANE LIMITED PARTNERSHIP

By: /s/Reid A. Spaulding, BPR #023363
REID A. SPAULDING, BPR #023363
WATSON, ROACH, BATSON, ROWELL
& LAUDERBACK, P.L.C.
1500 Riverview Tower
900 South Gay Street
P.O. Box 131
Knoxville, Tennessee 37901-0131
(865) 637-1700

*ATTORNEY FOR DEFENDANT*